# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAFAEL MERAN GARCIA,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | **NO. 26-2214** |
| **v.** | : | |
| | : | |
| **JL JAMISON, in his official capacity** | : | |
| **as warden of the Philadelphia Federal** | : | |
| **Detention Center,** *et al.*, | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 24th day of April 2026, upon consideration of Petitioner Rafael Meran Garcia's, ("Petitioner" or "Mr. Meran Garcia"), *petition for writ of habeas corpus* filed pursuant to 28 U.S.C. § 2241, (the "Petition"), (ECF 1), the Government's[1] response in opposition thereto, (ECF 4), and Mr. Meran Garcia's reply, (ECF 5), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Mr. Meran Garcia's *habeas* Petition is **DENIED**. It is further **ORDERED** that, since the *habea*s petition has been denied, the Temporary Restraining Order granted on April 7, 2026, is herein **VACATED**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Mr. Meran Garcia named as Respondents the following individuals in their official capacities, *to wit*: Jamal L. Jamison, Warden of the Federal Detention Center in Philadelphia, Pennsylvania, (the "FDC"); Todd Lyons, Acting Director of the United States Immigration and Customs Enforcement, ("ICE"); Brian McShane, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia ICE Field Office, the Executive Office for Immigration Review; Todd Blanche, Acting United States Attorney General; and Markwayne Mullin, Secretary of the Department of Homeland Security, ("DHS"). (ECF 1).